# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Denise Ann Sweitzer<br>        David Charles Sweitzer<br>                    Debtor(s) | CHAPTER 13 |
| Quicken Loans Inc., its successors and/or assigns<br>                    Movant<br>        vs. | |
| Denise Ann Sweitzer<br>David Charles Sweitzer<br>                    Debtor(s) | NO. 19-16508 AMC |
| Scott Waterman<br>                    Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Quicken Loans Inc., which was filed with the Court on or about **December 31, 2019, docket number 17**.

Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

January 10, 2020