# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
| : | Chapter 13 |
| David Charles Sweitzer : | |
| Denise Ann Sweitzer,    : | Bankruptcy No. 19-16507 |
| : | |
| Debtors    : | |

## NOTICE OF ENTRY OF APPEARANCE
## AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that Robert Dollinger, interested party to the above Debtors by and through its undersigned counsel, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel requests, pursuant to Bankruptcy Rules 2002, 3007 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the undersigned at the following addresses and email:

> David S. Gellert, Esquire
> David S. Gellert, P.C.
> 1244 Hamilton Street, Suite 204
> Allentown, PA 18102
> 610-776-7070 Fax: 610-776-70702
> Email: dsgatn@rcn.com

> s/ David S. Gellert
> David S. Gellert, Esquire
> David S. Gellert, P.C.
> 1244 Hamilton Street, Suite 204
> Allentown, PA 18102