# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DAVID CHARLES SWEITZER | : | Case No. 19-16508-amc |
| DENISE ANN SWEITZER | : | |
| Debtors | : | |
| | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Date of Hearing:** February 27, 2020
**Time of Hearing:** 11:00 a.m.

**Location:**   U.S. Bankruptcy Court
The Gateway Building
201 Penn Street, 4th Floor
Reading, PA 19601

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF NO RESPONSE AND REQUEST FOR ENTRY OF ORDER

I, Zachary Zawarski, Esquire, attorney for the above Debtors, do hereby certify that I have received no responsive pleading, and have checked the docket and no responsive pleading has been filed to Debtors' Motion to Sell Real Property. I further certify that the same was served together with the Notice of Motion to Sell Real Property, Response Deadline and Hearing Date and Proposed Order by first-class mail and/or electronic notification on February 7, 2020 to the Chapter 13 Trustee, the U.S. Trustee, and all creditors appearing on Debtors' mailing matrix. The deadline for a response was February 21, 2020. Debtors seek the entry of an order granting the requested relief.

                                                        Respectfully Submitted,

Date: February 24, 2020                  By:    */s/ Zachary Zawarski*
                                                        ZACHARY ZAWARSKI, ESQUIRE
                                                        3001 Easton Avenue
                                                        Bethlehem, PA 18017
                                                        Phone: (610) 417-6345
                                                        Fax: (610) 465-9790
                                                        zzawarski@zawarskilaw.com
                                                        Attorney ID No.: 308348
                                                        Attorney for Debtors