United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-16508-amc
David Charles Sweitzer                                          Chapter 13
Denise Ann Sweitzer
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith          Page 1 of 1          Date Rcvd: Feb 27, 2020
                              Form ID: pdf900      Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 29, 2020.
db/jdb        +David Charles Sweitzer,   Denise Ann Sweitzer,   635 Chief Tatamy Street,   P.O. Box 176,
               Tatamy, PA 18085-0176
intp          +Robert Dollinger,   281 Farmview Road,   Nazareth, PA 18064-2526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2020 at the address(es) listed below:
          DAVID S. GELLERT    on behalf of Interested Party Robert  Dollinger dsgatn@rcn.com,
           r46641@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          ZACHARY  ZAWARSKI   on behalf of Debtor David Charles Sweitzer zzawarski@zawarskilaw.com
          ZACHARY  ZAWARSKI   on behalf of Joint Debtor Denise Ann Sweitzer zzawarski@zawarskilaw.com
                                                                        TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DAVID CHARLES SWEITZER | : | Case No. 19-16508-amc |
| DENISE ANN SWEITZER | : | |
| Debtors | : | |
| | : | |

## <u>ORDER</u>

Upon consideration of Debtors' Motion to Sell Real Property, it is hereby ORDERED that Debtors' Motion is GRANTED.  Debtors are granted permission by the court to sell the real property located at 1215 Bushkill Street, Easton, PA 18042 ("Property"), free and clear of all liens, for a sales price of $90,000.00, pursuant to the terms of a certain real estate agreement of sale dated as of January 15, 2020, to the buyers thereunder, Ido Lustig and Lisa E. Elhyani ("Buyers"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyers, shall be distributed in the following manner:

| | | |
|---|---|---|
| 1. | Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or other such routine matters | $325.50 |
| 2. | Real estate taxes, sewer, trash, and other such items | $900.00 |
| 3. | Real estate commission (6.00%) | $5,400 |
| | TOTAL | $6,625.50 |

The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums disbursed.

After closing and upon trustee approval, after paying all liens in full and all costs of sale, the title clerk shall distribute fifty percent (50.00%) of the net proceeds to Robert N. Dollinger. Debtor's fifty percent (50.00%) net proceeds shall be paid to Scott F. Waterman, Chapter 13 Trustee, to distribute to creditors pursuant to the terms of Debtors' Chapter 13 Plan, which requires a 100% distribution on all filed and allowed claims.

Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee, and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

BY THE COURT:

ASHELY M. CHAN
U.S. Bankruptcy Judge