UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
|     David Charles Sweitzer | Bankruptcy No.19-16508-AMC |
|     Denise Ann Sweitzer | |
|              Debtors | |

<u>CERTIFICATE OF SERVICE</u>

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the

above-referenced case has been served this 10th day of March, 2020, by first class mail upon

those listed below:

David Charles Sweitzer
Denise Ann Sweitzer
635 Chief Tatamy Street
P.O. Box 176
Tatamy, PA  18085

**<u>Electronically via CM/ECF System Only:</u>**

ZACHARY ZAWARSKI ESQ
3001 EASTON AVENUE
BETHLEHEM, PA  18017


*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee