United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David Charles Sweitzer  
Denise Ann Sweitzer  
    Debtors

Case No. 19-16508-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Christina        Page 1 of 1        Date Rcvd: Jul 02, 2020  
                            Form ID: 155        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2020.  
db/jdb       +David Charles Sweitzer,   Denise Ann Sweitzer,   635 Chief Tatamy Street,   P.O. Box 176,   Tatamy, PA 18085-0176

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2020 at the address(es) listed below:  
        DAVID S. GELLERT   on behalf of Interested Party Robert  Dollinger dsgatn@rcn.com, r46641@notify.bestcase.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        ZACHARY   ZAWARSKI   on behalf of Debtor David Charles Sweitzer zzawarski@zawarskilaw.com  
        ZACHARY   ZAWARSKI   on behalf of Joint Debtor Denise Ann Sweitzer zzawarski@zawarskilaw.com  
                                                                                                                                TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: David Charles Sweitzer and Denise Ann Sweitzer
    Debtor(s)

Chapter: 13
Bankruptcy No: 19−16508−pmm

_____

## *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 2nd day of July 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                Patricia M. Mayer
                                                Judge ,
                                                United States Bankruptcy Court

                                                                             38
                                                                     Form 155