**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DAVID CHARLES SWEITZER | : | |
| DENISE ANN SWEITZER | : | Case No. 19-16508-pmm |
| Debtors | : | |
| | : | |

**CERTIFICATE OF NO ANSWER OR OBJECTION REGARDING THE APPLICATION**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

AND NOW, this 16th day of July, 2020, Zachary Zawarski, Esquire, Attorney for Debtors, in the above-captioned bankruptcy proceeding, certifies as follows:

1. On June 24, 2020, he filed an Application for Compensation and Reimbursement of Expenses, as Attorney for Debtors.

2. Notice was served on the U.S. Trustee and all parties in interest as previously certified on June 24, 2020.

3. To date, he has received no answer or objection to the Application for Compensation and Reimbursement of Expenses.

WHEREFORE, Zachary Zawarski, Esquire, Attorney for Debtors, requests this Honorable Court enter the Order which was attached to the Application.

Dated: 7/16/2020                By:    */s/ Zachary Zawarski*
                                       ZACHARY ZAWARSKI, ESQUIRE
                                       3001 Easton Avenue
                                       Bethlehem, PA 18017
                                       Phone: (610) 417-6345
                                       Fax: (610) 465-9790
                                       zzawarski@zawarskilaw.com
                                       Attorney ID No.: 308348
                                       Attorney for Debtors