IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DAVID CHARLES SWEITZER | : | |
| DENISE ANN SWEITZER | : | Case No. 19-16508-pmm |
| Debtors | : | |
| | : | |

**ORDER APPROVING COMPENSATION**
**TO COUNSEL FOR DEBTORS**

Upon consideration of the Application by Debtors' Chapter 13 Counsel for compensation and reimbursement of expenses:

**IT IS HEREBY ORDERED** that the compensation charged by counsel for Debtors, Zachary Zawarski, Esquire, in the amount of $3,190.00, of which $1,190.00 has been paid pre-petition, as well as expenses in the amount of $80.40, are hereby approved. These amounts may be paid in accordance with the terms of the confirmed Plan.

BY THE COURT:

Dated: 7/17/20

*Patricia M. Mayer*
_____
PATRICIA M. MAYER
BANKRUPTCY JUDGE