```
                        United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                              Case No. 19-16508-pmm
David Charles Sweitzer                                              Chapter 13
Denise Ann Sweitzer
      Debtors

## CERTIFICATE OF NOTICE

```
District/off: 0313-4        User: Christina          Page 1 of 1            Date Rcvd: Jul 20, 2020
                            Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2020.
db/jdb          +David Charles Sweitzer,    Denise Ann Sweitzer,    635 Chief Tatamy Street,    P.O. Box 176,
                  Tatamy, PA 18085-0176

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2020 at the address(es) listed below:
      DAVID S. GELLERT    on behalf of Interested Party Robert  Dollinger dsgatn@rcn.com,
       r46641@notify.bestcase.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      ZACHARY   ZAWARSKI    on behalf of Debtor David Charles Sweitzer zzawarski@zawarskilaw.com
      ZACHARY   ZAWARSKI    on behalf of Joint Debtor Denise Ann Sweitzer zzawarski@zawarskilaw.com
                                                                                                                                   TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DAVID CHARLES SWEITZER | : | |
| DENISE ANN SWEITZER | : | Case No. 19-16508-pmm |
| Debtors | : | |
| | : | |

**ORDER APPROVING COMPENSATION**
**TO COUNSEL FOR DEBTORS**

Upon consideration of the Application by Debtors' Chapter 13 Counsel for compensation and reimbursement of expenses:

**IT IS HEREBY ORDERED** that the compensation charged by counsel for Debtors, Zachary Zawarski, Esquire, in the amount of $3,190.00, of which $1,190.00 has been paid pre-petition, as well as expenses in the amount of $80.40, are hereby approved. These amounts may be paid in accordance with the terms of the confirmed Plan.

BY THE COURT:

Dated: 7/17/20

_Patricia M. Mayer_
_____
PATRICIA M. MAYER
BANKRUPTCY JUDGE