Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 19-16508-PMM**

David Charles Sweitzer  
Denise Ann Sweitzer  
635 Chief Tatamy Street  
P.O. Box 176  
Tatamy  PA    18085

Petition Filed Date: 10/16/2019  
341 Hearing Date: 12/17/2019  
Confirmation Date: 07/02/2020

Case Status: Completed on 3/23/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/02/2019 | $600.00 | | 12/13/2019 | $600.00 | | 01/13/2020 | $701.00 | |
| 02/21/2020 | $701.00 | | 03/23/2020 | $41,709.06 | 14690  1215 | | | |

**Total Receipts for the Period: $44,311.06    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $44,311.06**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $2,080.40 | $0.00 | $2,080.40 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $11,288.97 | $11,288.97 | $0.00 |
| 2 | QUICKEN LOANS INC<br>»» 002 | Mortgage Arrears | $14,883.56 | $14,883.56 | $0.00 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $1,074.22 | $1,074.22 | $0.00 |
| 4 | BECKET & LEE, LLP<br>»» 004 | Unsecured Creditors | $3,596.54 | $3,596.54 | $0.00 |
| 5 | QUANTUM3 GROUP LLC as agent for<br>»» 005 | Unsecured Creditors | $796.31 | $796.31 | $0.00 |
| 6 | QUANTUM3 GROUP LLC as agent for<br>»» 006 | Unsecured Creditors | $624.21 | $624.21 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $3,391.80 | $3,391.80 | $0.00 |

Chapter 13 Case No. 19-16508-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $44,311.06 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $35,655.61 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,855.07 | Total Plan Base: | $44,311.06 |
| Funds on Hand: | $4,800.38 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.