```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania

In re:                                                          Case No. 19-16508-pmm
David Charles Sweitzer                                          Chapter 13
Denise Ann Sweitzer
        Debtors                     CERTIFICATE OF NOTICE

District/off: 0313-4          User: Christina            Page 1 of 2            Date Rcvd: Sep 10, 2020
                              Form ID: 138NEW            Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2020.
db/jdb        +David Charles Sweitzer,    Denise Ann Sweitzer,    635 Chief Tatamy Street,    P.O. Box 176,
                Tatamy, PA 18085-0176
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,   3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
intp          +Robert Dollinger,    281 Farmview Road,    Nazareth, PA 18064-2526
14433936       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14406556      +Garbrielle Schoeppner, MD,    3735 Nazareth Road, Suite 205,    Easton, PA 18045-8346
14419466      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
14406557      +KML Law Group, P.C.,   Suite 500, BNY Mellon Independence Cente,    701 Market Street,
                Philadelphia, PA 19106-1538
14464572      +Mr. Robert Dollinger,    281 Farmview Road,    Nazareth, PA 18064-2526
14410789      +Quicken Loans Inc.,    C/O KML Law Group,    701 Market Street Suite 5000,
                Philadelphia, PA. 19106-1541
14411130      +Quicken Loans Inc.,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14406561      +Zachary Zawarski, Esq.,    3001 Easton Avenue,    Bethlehem, PA 18017-4207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 11 2020 04:58:06
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 11 2020 04:58:19     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14406553      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 11 2020 04:57:57     Comenity Bank/Ann Taylor,
                Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
14406554      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 11 2020 04:57:57     Comenity Capital/Boscov,
                Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
14406555       E-mail/Text: mrdiscen@discover.com Sep 11 2020 04:57:51     Discover Financial,
                Attn: Bankruptcy Department,    PO Box 15316,    Wilmington, DE 19850
14410148       E-mail/Text: mrdiscen@discover.com Sep 11 2020 04:57:51     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14441233       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 11 2020 04:58:17     Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
14406552       E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 11 2020 05:07:52     Chase Card Services,
                Attn: Bankruptcy,    PO Box 15298,    Wilmington, DE 19850
14406558      +E-mail/Text: PBNCNotifications@peritusservices.com Sep 11 2020 04:57:51     Kohls/Capital One,
                Attn: Credit Administrator,    PO Box 3043,    Milwaukee, WI 53201-3043
14440318       E-mail/Text: bnc-quantum@quantum3group.com Sep 11 2020 04:58:00
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14440319       E-mail/Text: bnc-quantum@quantum3group.com Sep 11 2020 04:58:00
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                Kirkland, WA  98083-0788
14406559      +E-mail/Text: bankruptcyteam@quickenloans.com Sep 11 2020 04:58:19     Quicken Loans,
                Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
14418679      +E-mail/Text: bankruptcyteam@quickenloans.com Sep 11 2020 04:58:19     Quicken Loans Inc.,
                635 Woodward Avenue,    Detroit, MI 48226-3408
14406560      +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2020 05:07:25     Synchrony Bank/Sam's Club,
                Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-4          User: Christina            Page 2 of 2                  Date Rcvd: Sep 10, 2020
                              Form ID: 138NEW            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2020 at the address(es) listed below:
          DAVID S. GELLERT    on behalf of Interested Party Robert  Dollinger dsgatn@rcn.com,
           r46641@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          ZACHARY    ZAWARSKI    on behalf of Debtor David Charles Sweitzer zzawarski@zawarskilaw.com
          ZACHARY    ZAWARSKI    on behalf of Joint Debtor Denise Ann Sweitzer zzawarski@zawarskilaw.com
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: David Charles Sweitzer and Denise Ann Sweitzer

       Debtor(s)                      Bankruptcy No: 19−16508−pmm

                                                    Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

           United States Bankruptcy Court
           Office of the Clerk, Gateway Building
           201 Penn Street, 1st Floor
           Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                    For The Court
                                                    Timothy B. McGrath
                                                    Clerk of Court

Dated: 9/10/20

                                                                                                   47 − 46
                                                                                Form 138_new