**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DAVID CHARLES SWEITZER | : | Case No. 19-16508-pmm |
| DENISE ANN SWEITZER | : | |
| Debtors | : | |
| | : | |

**CHAPTER 13 DEBTOR'S CERTIFICATION REGARDING**
**DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

Pursuant to 11 U.S.C. § 1328(a), I certify that I owe no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any obligation since then.

Pursuant to 11 U.S.C. § 1328(h), I certify that I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of ours uses as a residence, claims as a homestead, or acquired as a burial plan, as specified in § 522(p)(1), and (2) that exceeds $155,675 in value in aggregate.

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.


Date: 9/25/2020            By:    /s/ *David Charles Sweitzer*
                                              David Charles Sweitzer, Debtor


Date: 9/25/2020            By:    /s/ *Denise Ann Sweitzer*
                                              Denise Ann Sweitzer, Debtor