United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
David Charles Sweitzer  
Denise Ann Sweitzer  
    Debtor(s)

Case No. 19-16508-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Virginia      Page 1 of 2  
Date Rcvd: Oct 14, 2020      Form ID: 195      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Charles Sweitzer, Denise Ann Sweitzer, 635 Chief Tatamy Street, P.O. Box 176, Tatamy, PA 18085-0176 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Denise Ann Sweitzer, 635 Chief Tatamy Street, P.O. Box 176, Tatamy, PA 18085-0176 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 16, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | on behalf of Interested Party Robert Dollinger dsgatn@rcn.com r46641@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4 — User: Virginia — Page 2 of 2
Date Rcvd: Oct 14, 2020 — Form ID: 195 — Total Noticed: 1

ZACHARY ZAWARSKI
       on behalf of Debtor David Charles Sweitzer zzawarski@zawarskilaw.com

ZACHARY ZAWARSKI
       on behalf of Joint Debtor Denise Ann Sweitzer zzawarski@zawarskilaw.com

TOTAL: 6

Case 19-16508-pmm    Doc 55    Filed 10/16/20    Entered 10/17/20 01:58:49    Desc Imaged
Certificate of Notice    Page 2 of 3

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

David Charles Sweitzer and Denise Ann Sweitzer  : Case No. 19−16508−pmm

    Debtor(s)

***ORDER***
_____

AND NOW, this day , October 14, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

54
Form 195